IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02505-RMR-KAS

YONG GEN KIM, also known as Craig Kim,

    Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14;
KARLA LORÍA in her capacity as Superintendent of Schools of the Adams County School District 14;
RENEÉ LOVATO, in her capacity as President of the Adams County School District 14 Board of Education;
JANET ESTRADA, in her capacity as Vice President of the Adams County School District 14 Board of Education;
MARIA ZUBIA, in her capacity as Secretary of the Adams County School District 14 Board of Education;
JAMES AMADOR, in his capacity as Treasurer of the Adams County School District 14 Board of Education; and
LUZ MOLINA-AGUAYO, also known as Lucy Molina, in her capacity as Director of the Adams County School District 14 Board of Education,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Unopposed Motion for Extension of Time to File Responsive Pleading** [#12] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Defendants' deadline to answer or otherwise respond to the operative complaint is extended to **September 23, 2025**.

    Dated: August 21, 2025